Ernest M. Burrow, Respondent, v. Theodore Marceau, Impleaded with Otto Sarony Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Patterson, P. J., and Clarke, J., dissenting.)

Pincus Lowenfeld and William Prager, Appellants, v. Wilhelmina Schroeder, Respondent.— Order modified by striking out paragraph 3 thereof, and as modified affirmed, without costs. No opinion.

William F. Donnelly, Appellant, v. Clarence De Witt Rogers, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Kate King, Respondent, v. Chelsea Jute Mills, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marie B. Hoffman, Respondent, v. Charles L. Hoffman, Appellant.— Order modified by striking out allowance of eighty-four dollars for alimony from the commencement of the action to the date of the order, and as modified affirmed, without costs. No opinion. Settle order on notice.

Gus T. Smith, Respondent, v. George Ringler & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eduardo Bonafede, Respondent, v. Uvalde Asphalt Paving Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Kathrine C. Gould, Appellant, v. Howard Gould, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, J., dissented.)

## Fourth Department, October, 1907.

Catherine Creedon, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that the defendant was guilty of laches. All concurred.

James Kirkland, Respondent, v. James Hughes and John F. Clark, Appellants, Impleaded with James N. Finch and Others. (Action No. 1.) James Hughes and John F. Clark, Appellants, v. James Kirkland, Respondent. (Action No. 2.) — Order reversed, without costs to either party. All concurred.

Hiram Swezey, Respondent, v. The Village of Batavia, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented upon the ground that it is not shown that the defendant refused or wilfully neglected to comply with the judgment, and also that the fine is excessive.